①

2-4-17

United States District Court
Southern District of Miami Florida

FILED by __PE__ D.C.

FEB 09 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. - MIAMI

Figueroa Negrón, Eduardo.
Plaintiff

Vs.

Jim Batts Body Shop Guarantee
Color Matching, 3207. Florida Aue, TA-
MPA, Florida 33603. law suit onmadge
violate the Constitution to united
states Amendment I (1791), Amendment
VIII. in ted of Murder First grade
defendant.

Purposes of 28 usc. § 1915 (a)(1)
civil Righ complaint to 28 usc. §
1915 (g).

New Case.

cat/div 550 /1983 / MIA
Case # _____
Judge _____ Mag WHITE
Motn Ifp __NO__ Fee pd $ __O__
Receipt # _____

who May concern My Name is Edua-
rdo Fizueroa, Negron. and I want
to suit the oner of Jim, Bat +5
Boog shop guaranted color Matching
3207 N. Florida Ave Tampa Florida
33603. because Feburney. 3. 2017. I
was wnking by E. Janette Ave
and there were two Pit bulls and
they started too bark at me they
were tied with roap and of them
broke the roap and came over me
and I had to defend my self
with a gabage can so that way
he could not bite me I was
really secare he could kill me I
ask for help and call 911 the
police officer came and told him
what happen with the dogs Pit
bull, that in that place they did
not have no second fence where
they had the dogs Pit bull too
protec the people that are
passing by my life was in
danger and then this lady came
out of her house and to ok the
dog Pit bull and Put them in the
house I Jave the informacion too
the offecer I want to suit
this People For ten millones doll-
ars, because they should care-
full with this kind of anitales
pog pitbull they are really dang-



eruS it haPPen too Me it could all SO haPPen to a little kid this it was around 800 to 8:30 NM. this peoPle Should leakN that you could not hAve this dogs Pit-bull and Pet the life of the PeoPle in inten of murder danger First grnde.



Ethaustion Legal Remedies.
Plaintiff Figueroa to try to
solve Problem.

Play for Relief 10,000000. Million.



US court OF APPENS is For the eleven th circuit.

CeRtificate Seruice.

deposition the mail.

Figueroa  US.  Jim BAtt S.
PLAINtiFF.                    oeFenoAntS.

AND propCRG adressed to person
named And a Addresed a relisted
bellow. united STAtes district court
Southen, oistrict of FLoRida, 400
North, MiAmi, FLoRida 33128-7716

Edewdo Figueroa Negron
Eduardo Figueroa Negron
PLAINtiFF
PRo-Se

Figueroa, Negron, edurdo,
Po Box 1739494
Taupa, Florida, 33672.

United States District
Court Southern District
Florida, 400 north
Miami, Florida 33128-7716.

USMS INSPECTED



Tampa/St Pete FL 336
MON 06 FEB 2017 PM

